AO 91 (Rev. 11/11)  Criminal Complaint

**Sealed**
**Public and unofficial staff access to this instrument are prohibited by court order**

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*May 08, 2024*
Nathan Ochsner, Clerk of Court

United States of America
v.
TATIANA S. SMITH,
a.k.a. "MATTI TATI,"

Defendant(s)

Case No. 4:24-mj-202

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 21, 2024, in the county of Harris in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One: 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Count One: Possession with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl. |
| Count Two: 18 U.S.C. § 924(c)(1)(A) | Count Two: Possession of a firearm in furtherance of a drug trafficking crime. |
| | See Attachment A, incorporated herein by reference. |

This criminal complaint is based on these facts:

See attached affidavit of probable cause.

☒ Continued on the attached sheet.

*Complainant's signature*
FBI SA J. David Polder
*Printed name and title*

Sworn to before me and signed by telephone

Date: May 08, 2024

*Judge's signature*
Christina A. Bryan, United States Magistrate Judge
*Printed name and title*

City and state: Houston, Texas

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**TATIANA S. SMITH,**<br>a.k.a. "**MATTI TATI,**"<br><br>Defendant. | Case No. **4:24-mj-202**<br><br>(UNDER SEAL) |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, J. David Polder, being duly sworn, state under oath that:

1. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been since 2016. As such, I am authorized under 18 U.S.C. § 3052 to execute search warrants. As a requirement for employment as an FBI SA, I successfully completed the New Agent Basic Field Training Course located at the FBI Training Academy in Quantico, Virginia. As a function of my assignment, I have received both formal and informal training from the FBI and other institutions regarding financial investigations, criminal street gangs, and drug trafficking organizations. I am currently assigned to the FBI Houston Violent Crime Task Force targeting criminal street gangs that pose a threat the public safety. In my duties, I am tasked with identifying gang members, investigating gang-related crimes, and developing sources within gangs to gather intelligence. My duties on the FBI Houston Violent Crime Task Force include, but are not limited to, racketeering, organized crime, narcotics trafficking, murder, assault, weapons possession, interstate transportation of stolen goods, identity theft, human trafficking, and the laundering of monetary instruments associated with these crimes.

2. During my tenure as an FBI SA, I have participated in narcotics and gang investigations, conducted physical and electronic surveillance, executed multiple narcotics- and

gang-related search warrants, and participated in arrests of numerous narcotic traffickers and gang members. I have also participated in narcotic and gang investigations which utilized court-ordered interceptions of wire communications and have analyzed telephone records to effectively identify subjects and gather evidence. Furthermore, I have participated in the debriefing of defendants, informants, and witnesses who had personal knowledge regarding major narcotic trafficking organizations and gang organizations. I am familiar with narcotic traffickers' and gangs' methods of operation, including the manufacture, storage, transportation, and distribution of narcotics, the collection of money that represents the proceeds of narcotic trafficking, and money laundering. I have experience in the investigation, apprehension and prosecution of individuals involved racketeering and narcotics trafficking offenses, and the use of wireless telephones, social media, and messaging applications to commit those offenses.

3. Based upon my training and experience, I am aware that persons involved in distributing controlled substances commonly keep and maintain firearms to protect themselves and their inventory from other drug traffickers and from apprehension by law enforcement officers. The possession of firearms by individuals in the drug trade therefore furthers their distribution of controlled substances.

4. The facts in this affidavit come from my personal observations, training, and experience, and information obtained from other law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

5. Based on the facts as set forth in this affidavit, there is probable cause to believe that on or about February 22, 2024, **Tatiana S. SMITH, a.k.a. "MATTI TATI,"** violated 21 U.S.C. § 841(a)(1) and (b)(1)(A), that is, possession with the intent to distribute 400 grams or more

of a mixture or substance containing a detectable amount of fentanyl; and 18 U.S.C. § 924(c)(1)(A), that is, possession of a firearm in furtherance of a drug trafficking crime.

6. The FBI, the Houston, Texas Police Department ("HPD"), and Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") are investigating the Scoot Up Gang alliance ("Scoot Up"). The Scoot Up Gang has been identified in carrying out various acts of violence, including home invasions, heisting cars, armed robberies, drive-by shootings, drug and weapons trafficking, as well as financial crimes including money laundering within the Houston metropolitan area.

7. **SMITH** has been identified by law enforcement as a vocal leader of Scoot Up within Houston, Texas, based on her conduct and statements made in YouTube interviews, video blogs, music videos, and posts to her social media accounts. **SMITH** posts videos of herself to her social media accounts and they are followed by other known Scoot Up members and affiliates. The vanity photographs posted to **SMITH's** social media accounts appears to be **SMITH** based on a comparison to her booking photograph through the Harris County, Texas District Attorney's page.

8. On January 12, 2024, the Honorable Andrew M. Edison, U.S. Magistrate Judge, Southern District of Texas, authorized a search warrant for information associated with Instagram account number 61046121895, also known by the vanity name "bg_mattiana" (hereinafter "SMITH ACCOUNT #1"). A review of SMITH ACCOUNT #1 pursuant to the warrant indicated **SMITH** was using SMITH ACCOUNT #1 to discuss drug transactions and pricing before requesting the buyer to arrive at her trap house.[1] A typical direct message conversation between SMITH ACCOUNT #1 and the buyer would result in a confirmation as to how much of an illegal drug the buyer wanted to purchase, and **SMITH** would provide a price point. Upon **SMITH** and the buyer agreeing on what **SMITH** was to sell and the buyer was to purchase, **SMITH** would

---

[1] A trap house is a drug dealer's place of business which is used to buy, sell, store, and/or use drugs.

3

provide residential address 3612 Anita Street, Houston, Texas (hereinafter "SMITH TRAP HOUSE") as the location to conduct the drug transaction. **SMITH** would direct message a buyer "3612 Anita" as the address to conduct the drug transaction but also used the term "spot" or "my spot" when providing the location to conduct a drug transaction to a repeat customer.

9. On February 9, 2024, the below photograph was posted to SMITH ACCOUNT #1. The photo depicts five pills with the inscription "OP" and "30." Based on my training and experience, I believe that this photograph depicts Oxycodone Hydrochloride Extended-Release pills ("Oxycodone"), a controlled substance:



10. In early February 2024, an FBI Confidential Human Source ("CHS")[2] contacted SMITH ACCOUNT #1 through direct messaging to inquire as to the to inquire about purchasing

---

[2] CHS has been working with the FBI in an official capacity since September 2023, for monetary compensation and has assisted in multiple investigations. I believe CHS information is reliable and credible: CHS information has been corroborated in multiple instances, and CHS's reporting on **SMITH**, including CHS's willingness to conduct narcotics transactions, has been independently confirmed through the controlled buy operation conducted with **SMITH** described in this affidavit.

4

the oxycodone pills. CHS is familiar with **SMITH** because **SMITH** has been well-known in southeast Houston as a rapper. Agents showed CHS a known photograph of **SMITH** and CHS confirmed that the female depicted in the photograph was **SMITH**. Later the same day, CHS entered SMITH TRAP HOUSE and purchased promethazine, marijuana, and approximately 10 oxycodone pills. CHS was directed to come to the SMITH TRAP HOUSE to purchase the oxycodone pills. CHS stated that a second individual (a coconspirator) watched over the transaction with a weapon visible but tucked into the front of his pants, and **SMITH** provided the drugs and accepted the cash within SMITH TRAP HOUSE.

11. On February 21, 2024, Honorable Andrew M. Edison, U.S. Magistrate Judge, Southern District of Texas, signed a search warrant for SMITH TRAP HOUSE. On February 22, 2024, the investigative team executed said warrant. During the search, the investigative team recovered approximately 11 firearms, 7,653.089 grams of fentanyl (confirmed by testing at the DEA South Central Laboratory), 35.26 kilograms of suspected psilocybin chocolate bars, 44 pounds of suspected THC edibles, 60 pounds of suspected marijuana, 481 grams of suspected THC wax, 463 grams of suspected hallucinogenic mushrooms, 73 grams of suspected cocaine base ("crack cocaine"), 211 grams of suspected methamphetamine, 268 grams of suspected cocaine, and a large pill press.



12. The above photo of weapons from paragraph 11 depicts six firearms that were fully loaded with a round in the chamber. The firearms included a semi-automatic shotgun with 12-gauge ammunition; an AK-47 and AK pistol with 7.62 x 39 ammunition; an AR-style rifle; three smaller AR-style pistols with .556/.223 ammunition; an FN 5.7 handgun; and a revolver with handgun caliber ammunition. The firearms were found throughout both floors of the residence and near the seized drugs described in this affidavit. Firearms were found in plain view on chairs in open areas, at the foot of a bed in a master bedroom, within a closet of the master bedroom, inside of a bedroom under a pillow on top of the bed, in a closet next to baggies of pills, and in the detached garage next to the operational pill press. Based on my training and experience, the firearms were located strategically in positions in order to protect the stash house from home invaders.

13. The large pill press was located within a detached garage and dust from its use covered the entire garage which, based on my training and experience, was evidence of its use to press pills sold at SMITH TRAP HOUSE.



14. Agents also observed a whiteboard listing various rules for customer conduct in SMITH TRAP HOUSE:



15. **SMITH** was observed by the surveillance team departing SMITH TRAP HOUSE within hours of the warrant's execution, and another individual was arrested inside SMITH TRAP HOUSE. **SMITH** was not arrested at that time and promptly changed SMITH ACCOUNT#1 to the vanity name "immattianafool" (hereinafter "SMITH ACCOUNT#2") but maintained the same Instagram account number.

16. On April 12, 2024, the Honorable Andrew M. Edison, U.S. Magistrate Judge, Southern District of Texas, signed a search warrant for information associated with SMITH ACCOUNT#2. A review of SMITH ACCOUNT#2 pursuant to the warrant revealed that **SMITH** was using SMITH ACCOUNT#2 in the same fashion as **SMITH** used SMITH ACCOUNT#1 to market illegal drugs through direct message conversations. **SMITH** also made multiple references to the "Feds," the federal government, raiding her "spot." The following are representative conversation excerpts wherein I believe that **SMITH** indicates through direct messaging that the federal government conducted a February 22, 2024, search warrant on SMITH TRAP HOUSE:

    a. February 27, 2024:

> **Author** immattianafool (Instagram: 61046121895)
> **Sent** 2024-02-27 00:31:43 UTC
> **Body** Yeah Feds hit the spot

    b. February 29, 2024:

7

**Author** gas_x_paccz (Instagram: 48642798680)
**Sent** 2024-02-29 01:13:07 UTC
**Body** Rico sent an attachment.
**Share**   **Date Created** Unknown
            **Text** Man the Feds haven't been playing with y'all and these trap houses y'all need to be careful fr

c. March 18, 2024:

**Author** immattianafool (Instagram: 61046121895)
**Sent** 2024-03-18 05:08:11 UTC
**Body** Feds hit my spot been trying shake bacc
Mfs snitched on me

**Author** ssmokahontas__ (Instagram: 53713373391)
**Sent** 2024-03-18 05:10:03 UTC
**Body** I sell the bottle to the Mexican dude in the springs or Walter monthly though and you need to do sum other shyt bro you don't need to be going to jail shyt you so stuck in ya ways fr !

**Author** immattianafool (Instagram: 61046121895)
**Sent** 2024-03-18 05:11:21 UTC
**Body** Do what ? I ain't In jail I'm free and I was go buy em to ain't asking none for free I was fwy on tax shit but it's good thought you was just going ain't know you had buyer already

**Author** immattianafool (Instagram: 61046121895)
**Sent** 2024-03-18 05:12:52 UTC
**Body** I'm straight though I took cool loss nine major I'm pop it in a few months

d. March 25, 2024:

**Author** immattianafool (Instagram: 61046121895)
**Sent** 2024-03-25 15:58:31 UTC
**Body** Lost that shit when Feds hit spot mad dab

e. March 26, 2024:

**Author** immattianafool (Instagram: 61046121895)
**Sent** 2024-03-26 00:54:01 UTC
**Body** I need a new jacket cuz the Feds ran in one my spots took my shit 😤

f. April 3, 2024:

**Author** immattianafool (Instagram: 61046121895)
**Sent** 2024-04-03 02:05:30 UTC
**Body** Man I just lost 20k not including they broke my truck up Feds at that ain't shit I can do bout it mfs bet leave me alone fr

g. April 5, 2024:

   **Author** immattianafool (Instagram: 61046121895)
   **Sent** 2024-04-05 17:06:19 UTC
   **Body** Ion got no money Feds raided my Spot niggas snitching im out the way

h. April 12, 2024:

   **Author** immattianafool (Instagram: 61046121895)
   **Sent** 2024-04-12 07:16:06 UTC
   **Body** Know I move different now since Feds hit my spot everything legit I get my money they get what they want

17. Based on the foregoing, I believe there is probable cause that **SMITH** is in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), that is, possession with the intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl; and 18 U.S.C. § 924(c)(1)(A), that is, possession of a firearm in furtherance of a drug trafficking crime.

I swear under penalty of perjury that the foregoing is true and correct.

J. David Polder
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me telephonically this 8th day of May 2024, and I find probable cause.

HONORABLE CHRISTINA A. BRYAN
United States Magistrate Judge
Southern District of Texas

9

# ATTACHMENT A

### COUNT ONE
*Possession with the Intent to Distribute 400 Grams or More of Fentanyl*

On or about February 21, 2024, in the Southern District of Texas, the defendant, **TATIANA S. SMITH, a.k.a. "MATTI TATI,"** knowingly and intentionally possessed, with the intent to distribute, 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

### COUNT TWO
*Possession of a Firearm in Furtherance of a Drug Trafficking Crime*

On or about February 21, 2024, in the Southern District of Texas, the defendant, **TATIANA S. SMITH, a.k.a. "MATTI TATI,"** aided and abetted and knowingly possessed a firearm in furtherance of possession with the intent to distribute 400 grams or more of fentanyl, as charged in Count One, in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2; and *Pinkerton v. United States*, 328 U.S. 640 (1946) (coconspirator liability).